IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

SPARTANBURG DIVISION

| | |
|---|---|
| Terrence Kenny,<br><br>Plaintiff,<br><br>vs.<br><br>Tractor Supply Company,<br><br>Defendant. | Civil Action No. 7:25-cv-11730-DCC<br><br>**CONSENT MOTION TO AMEND SCHEDULING ORDER** |

The defendant, Tractor Supply Company, and the plaintiff, Terrence Kenny, by and through the undersigned attorneys, hereby respectfully move and request from this Honorable Court an Order extending certain deadlines in the Scheduling Order entered by the Court on July 13, 2026. The basis of this request is detailed below:

The parties jointly request additional time to identify experts, engage in expert discovery, and mediate this case. Mediation was previously scheduled for September 11, 2026, but plaintiff recently received two additional surgical recommendations which necessitated postponement of mediation. This medical update also necessitated the need for parties to retain medical experts, exchange written expert discovery, and take expert depositions. Since the Court entered the Second Amended Scheduling Order, the parties have engaged in additional written discovery, and the 30(b)(6) deposition of Tractor Supply has been completed.

The current discovery deadline is August 13, 2026, the dispositive motions deadline is September 7, 2026, and the mediation deadline is September 12, 2026. Given the new information recently received regarding plaintiffs' medical condition, the parties respectfully request

extensions to all deadlines, including the expert disclosure deadlines, with the plaintiff's expert disclosure deadline of November 20, 2026, and the defendants' deadline of December 31, 2026. The basis for this request is to identify experts, complete expert discovery, and reschedule mediation. These deadlines were extended twice: once at the outset of the case and once upon the return of defense counsel from maternity leave. After the Motion is filed, the undersigned attorneys shall request a status conference with this Honorable Court to address any questions surrounding their request for a Third Amended Scheduling Order.

For the reasons noted herein, the parties respectfully request that the Court grant this Motion to Amend the current Scheduling Order as set forth in the proposed Consent Amended Scheduling Order.

**WE MOVE AND CONSENT:**

ROBINSON GRAY STEPP & LAFFITTE, L.L.C.

By: S / Haley S. Moorman
Rebecca Laffitte, (Fed ID 1036)
rlaffitte@robinsongray.com
J. Michael Montgomery, (Fed ID 10290)
mmontgomery@robinsongray.com
Cordes B. Kennedy, (Fed ID 12987)
ckennedy@robinsongray.com
Haley S. Moorman, (Fed ID 13349)
hmoorman@robinsongray.com
2151 Pickens Street, Suite 500
Post Office Box 11449
Columbia, South Carolina 29211
(803) 929-1400

Attorneys for Defendant, Tractor Supply Company

Columbia, South Carolina
September 11, 2026

**WE CONSENT AND AGREE:**

MORGAN & MORGAN, PA

By: S / Jason A. Daigle

Jason A. Daigle (Fed ID 9588)
Jason.daigle@forthepeople.com
Brandon J. Boyle (Fed ID 14296)
Brandon.boyle@forthepeople.com
4401 Belle Oaks Drive, 3rd Floor
North Charleston, South Carolina 29405
(843) 222-6088

Attorneys for Plaintiff, Terrence Kenny

North Charleston, South Carolina
September 11, 2026